IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


RAYMOND MORROW,             )

           Plaintiff       )

       v.           )           No.  3:07-cv-81

ALAN D'ARCY, *et al.*,         )

          Defendants    )


**O R D E R**


It appearing that the *pro se* defendant, Alan D'Arcy, has filed a response to plaintiff's motion for default, the motion for default will be DENIED as to him. With respect to defendant International Management Associates, default will be entered in that it has filed no response and the *pro se* defendant is not qualified to represent that entity. The Clerk is DIRECTED to set this case for trial and to make a notation in the record that defendant Alan D'Arcy is proceeding *pro se* and his address can be located on the envelope of Mr. D'Arcy's recent mailing to this court.


**E N T E R :**


_____*s/  Thomas W. Phillips*_____
UNITED STATES DISTRICT JUDGE