IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RAYMOND MORROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-CV-081 |
| ) | (Phillips/Guyton) |
| ALAN D'ARCY, DAVID RODLI, ) | |
| AND INTERNATIONAL MANAGEMENT ) | |
| ASSOCIATES, ) | |
| ) | |
| Defendants. ) | |

**AGREED JUDGMENT ORDER**

Come now your Plaintiff, Raymond Morrow ("Plaintiff Morrow"), and Defendant David Rodli ("Defendant Rodli") and hereby announce to this Honorable Court their agreement regarding entry of judgment stating unto this Honorable Court as follows:

1. On or about March 7, 2007, Plaintiff Morrow filed his immediate Complaint in this cause making allegations against Defendant Rodli relative to a certain transaction wherein Plaintiff Morrow did deposit into Defendant Rodli's trust account the sum of seven hundred seventy-five thousand Dollars ($775,000.00).

2. Based upon the allegations in the Complaint, but without any admission of fault by Defendant Rodli, the Parties hereby agree that Plaintiff Morrow has suffered monetary damages in the amount of $775,000.00 plus pre-judgment interest at the rate of 5% per annum from the date of filing of the Complaint and interest as it continues to accrue hereafter at the rate of 5% per annum.

WHEREFORE, based on the above, it is hereby

ORDERED, ADJUDGED, and DECREED that a judgment is hereby entered in favor

Plaintiff Morrow against Defendant Rodli in the amount nine hundred thirty-three thousand, seven hundred fiften dollars and seventy-five cents ($933,715.75) which includes the original deposited sum of seven hundred seventy-five thousand Dollars ($775,000.00) plus pre-judgment interest at the rate of 5% calculated per annum from the date of March 7, 2007 through April 12, 2011 in the amount of $158,715.75. Interest shall continue to accrue on the judgment at the rate of 5% per annum from date of entry of this Agreed Judgment Order.

It is further ORDERED that all costs associated with this cause shall be taxed against Defendant Rodli.

It is further ORDERED that as there is no just reason to delay entry of judgment as to Defendant Rodli, this Agreed Judgment Order does hereby constitute a final order pursuant to Fed. R. Civ. P. 54(b).

Entered this the 26th day of APRIL, 2011

_____
JUDGE

APPROVED FOR ENTRY:

/s/ John M. Jackson
CHRISTOPHER W. CONNER (BPR #017724)
JOHN M JACKSON (BPR#025479)
GARNER & CONNER, PLLC
Attorneys for the Plaintiff
P.O. BOX 5059, Maryville, TN 37802
(865-984-1268)

_____
David Rodli, pro se
2001 S. Russell
P.O. Box 2190
Missoula, MT 59806

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing documents are served via the electronic filing system of the United States District Court for the Eastern District of Tennessee and mailed to the Defendant by U.S. Mail, at the address listed below on this 25th day of April, 2011.

        Alan D'Arcy
        175 Hill Street
        Drawer 1149
        Murphy, NC 28906

        David Rodli
        2001 S. Russell
        P.O. Box 2190
        Missoula, MT 59806

                                    /s/ John M. Jackson