IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RAYMOND MORROW, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:07-CV-081 |
| ) | (Phillips/Guyton) |
| ALAN D'ARCY, DAVID RODLI, ) | |
| AND INTERNATIONAL MANAGEMENT ) | |
| ASSOCIATES, ) | |
| ) | |
|     Defendants. ) | |

**AGREED JUDGMENT ORDER AS TO DEFENDANT ALAN D'ARCY**

Come now your Plaintiff, Raymond Morrow ("Plaintiff Morrow"), and Defendant Alan D'Arcy ("Defendant D'Arcy") and hereby announce to this Honorable Court their agreement regarding entry of judgment stating unto this Honorable Court as follows:

1. On or about March 7, 2007, Plaintiff Morrow filed his immediate Complaint in this cause making allegations against Defendant D'Arcy relative to a certain transaction with Defendant.

2. Based upon the allegations in the Complaint, Parties hereby agree that Plaintiff Morrow has suffered monetary damages in the amount of $775,000.00 plus pre-judgment interest at the rate of 5% per annum from the date of filing of the Complaint and interest as it continues to accrue hereafter at the rate of 5% per annum.

3. The parties hereto further agree that should the full amount of this judgment be paid within 120 days of entry of this Agreed Judgment Order that Plaintiff shall neither record this Agreed Judgment Order nor execute on the Agreed Judgment Order. If the full sum is not paid within 120 days, Plaintiff shall be entitled, without further notice to Defendant D'Arcy, to

record and execute upon this Agreed Judgment Order as permitted by law.

WHEREFORE, based on the above, it is hereby

ORDERED, ADJUDGED, and DECREED that a judgment is hereby entered in favor Plaintiff Morrow against Defendant D'Arcy in the amount nine hundred thirty-six thousand, fifty-one dollars and thirty-seven cents ($936,051.37) which includes the original deposited sum of seven hundred seventy-five thousand Dollars ($775,000.00) plus pre-judgment interest at the rate of 5% calculated per annum from the date of March 7, 2007 through May 3, 2011 in the amount of $161,051.37. Interest shall continue to accrue on the judgment at the rate of 5% per annum from date of entry of this Agreed Judgment Order.

It is further ORDERED that Plaintiff shall neither record nor execute upon this Agreed Judgment Order if the same is paid-in-full within 120 days of date of entry. Should this judgment not be paid-in-full prior to the passage of 120 days from date of entry of this Agreed Judgment Order, Plaintiff shall be entitled, without further notice to Defendant D'Arcy, to record and execute on this Agreed Judgment Order.

It is further ORDERED that all costs associated with this cause shall be taxed against Defendant D'Arcy.

It is further ORDERED that as there is no just reason to delay entry of judgment as to Defendant D'Arcy, this Agreed Judgment Order does hereby constitute a final order pursuant to Fed. R. Civ. P. 54(b).

Entered this the 10th day of MAY, 2011

_Thomas H. Phillips_
JUDGE

APPROVED FOR ENTRY:

/s/ John M. Jackson
CHRISTOPHER W. CONNER (BPR #017724)
JOHN M JACKSON (BPR#025479)
GARNER & CONNER, PLLC
Attorneys for the Plaintiff
P.O. BOX 5059, Maryville, TN 37802
(865-984-1268)


/s/ Alan D'Arcy
Alan D'Arcy, appearing pro se
175 Hill Street
Drawer 1149
Murphy, NC 28906


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing documents are served via the electronic filing system of the United States District Court for the Eastern District of Tennessee and mailed to the Defendant by U.S. Mail, at the address listed below on this 28th day of April, 2011.

    David Rodli
    2001 S. Russell
    P.O. Box 2190
    Missoula, MT 59806

              /s/ John M. Jackson