IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RAYMOND MORROW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CV-081 |
| | ) | (Phillips/Guyton) |
| ALAN D'ARCY, DAVID RODLI, | ) | |
| AND INTERNATIONAL MANAGEMENT | ) | |
| ASSOCIATES, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFAULT JUDGMENT AS TO DEFENDANT INTERNATIONAL MANAGEMENT ASSOCIATES**
_____

The Defendant, International Management Associates ("Defendant"), having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that Defendant is indebted to plaintiff in the principal sum of $1,550,000.00; that Defendant has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, Raymond Morrow, recover of the Defendant, International Management Associates, the sum of $1,550,000.00.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

PATRICIA L. McNUTT, CLERK

By s/ A. Brush, Deputy Clerk